<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7057**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

ERIK D. HENDERSON,

                Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge.  (1:04-cr-00343-LMB-1)

Submitted:  December 16, 2008      Decided:  December 31, 2008

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Erik D. Henderson, Appellant Pro Se.  Mark D. Lytle, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erik D. Henderson appeals the district court's order denying his motion to modify sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Henderson, No. 1:04-cr-00343-LMB-1 (E.D. Va. June 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED